UNITED STATES BANKRUPTCY COURT    Case number 8-14-75231
Eastern District of New York

In re:

Jorge Arias    Chapter 7
    Affidavit of No Pay Statements

xxx-xx-3162
Debtor

Jorge Arias being duly sworn deposes says:

That I am the debtor in the above entitled matter.

That I am unable to provide pay statements for the period 60 days prior to filing because

I do not receive a regular paycheck since I am paid on a commission basis and do not receive a regular paycheck.

Sworn to before me this
January 8, 2015

                                    Jorge Arias

EDWARD H. SPIEGEL
NOTARY PUBLIC, STATE OF NEW YORK
NO 02SP6040371
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES September 22, 2018